# OPINIONS PER CURIAM, ETC., FROM OCTOBER 31, 1899 TO JUNE 8, 1903.

No. 6. SUCCESSION OF TOSSAS *v.* ALVARADO HERMANOS ET AL.—Appeal in cassation from a judgment rendered by the first section of the Supreme Court. Decided October 31, 1899. It was held that the appeal could not be allowed, because three lawyers were of the opinion that the same did not lie, the Fiscal having returned the record, entering a note to the effect that the same had been *heard*, without taking an appeal. *Mr. Manuel F. Rossy*, for appellant; *Mr. Cuevillas*, for respondent.

No. 7. ROSES & CO. *v.* MARISTANI. —Appeal in cassation from the judgment rendered by the first section of the District Court of Arecibo. Decided November 22, 1899. Withdrawn by agreement of the parties. *Mr. Diaz Navarro*, attorney for appellants. *Mr. Francisco de P. Acuña*, for respondent.

No. 6. BAYRON *v.* FERNÁNDEZ & Co.—Appeal in cassation from a judgment rendered 'by the District Court of Mayagüez. Decided August 7, 1900. Withdrawn by request of appellants. *Mr. Cuevillas*, for appellants. *Mr. Diaz Navarro*, for respondents.

No. 57. LAGARDERE *v.* ROSSNER ET AL.—Appeal in cassation from a judgment rendered by the District Court of Ponce. Decided September 17, 1900. The appeal was

por haber vencido el término del emplazamiento sin haberse mostrado parte la recurrente.   Abogado del recurrente : *Sr. Bosch.*   Abogado del recurrido : *Sr. Lopez Landrón.*

---

No. 45.   ORDOÑEZ *v.* BOLIVAR.—Casación procedente de la Corte de Distrito de San Juan.   Resuelto en Septiembre 22, 1900.   Desistido el recurso á instancia de la parte recurrente.   Abogado del recurrente : *Sr. Hernández Lopez.*   Abogado del recurrido : *Sr. Diaz Navarro.*

---

No. 1.   BELLO *v.* DOITTAN.—Casación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Septiembre 28, 1900.   Desistido á instancia de la parte recurrente. Abogado del recurrente : *Sr. Diaz Navarro.*   Abogado del recurrido : *Sr. Palacios Rodriguez.*

---

No. 63.   SUCESIÓN MESTRE *v.* BELLVÊ.—Casación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Octubre 18, 1900.   Se declaró desierto el recurso por no haber comparecido la parte recurrente.   Abogado del recurrido : *Sr. Diaz Navarro.*

---

No. 51.   APARICIO *v.* CASALDUC ET AL.—Casación procedente del Juzgado de 1ª Instancia de Utuado.   Resuelto en Noviembre 14, 1900.   Se declaró desierto el recurso por no haber comparecido la parte recurrente.   Abogado del recurrido : *Sr. Palacios Rodriguez.*

---

No. 64.   PERICHI Y ORTIZ *v.* MORAZANI.—Casación procedente de la Corte de Distrito de Mayagüez.   Resuelto en

declared abandoned because the term fixed by the citation expired without the appellant having made his appearance. *Mr. Bosch*, for appellant. *Mr. López Landrón*, for respondent.

---

No. 45. ORDÓÑEZ *v.* BOLÍVAR.—Appeal in cassation from a judgment rendered by the District Court of San Juan. Decided December 22, 1900. Appeal was withdrawn on request of the appellant. *Mr. Hernández López*, for appellant. *Mr. Díaz Navarro*, for respondent.

---

No. 1. BELLO *v.* DOITTAN.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided September 28, 1900. Withdrawn by request of appellant. *Mr. Díaz Navarro*, for appellant. *Mr. Palacios Rodríguez*, for respondent.

---

No. 63. SUCCESSION OF MESTRE *v.* BELLVÉ.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided October 18, 1900. The appeal was declared abandoned on account of the failure of the appellant to appear. *Mr. Díaz Navarro*, for respondent.

---

No, 51. APARICIO *v.* CASALDUC ET AL.—Appeal in cassation from a judgment rendered by the Court of First Instance of Utuado. Decided November 14, 1900. The appeal was declared abandoned by reason of the failure of the appellant to appear. *Mr. Palacios Rodríguez*, for respondent.

---

No. 64. PERICHI Y ORTIZ *v.* MORAZANI.—Appeal in cassation from a judgment rendered by the District Court of